IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **EMCOR GOVERNMENT SERVICES, INC.** * | |
| * | |
| **Plaintiff,** | |
| * | |
| v. | * Case No.: _____ |
| * | |
| **FREEDOM RESTORATION, LLC** | |
| * | |
| **Defendant.** * | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Defendant, Freedom Restoration, LLC ("Freedom Restoration"), by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446, hereby files this Notice of Removal from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland and in support thereof states:

1. A copy of all process, pleadings and orders served on Defendant is annexed hereto as **Exhibit 1** in accordance with 28 U.S.C. § 1446(a).

2. At all relevant times, Plaintiff was and remains a corporation organized under the laws of the State of Virginia with its principal place of business in the State of Virginia.

3. At all relevant times, Freedom Restoration was and remains a limited liability company organized under the laws of the State of Maryland, with its principal place of business in the State of Maryland. Freedom Restoration is wholly owned by Mr. Bradley D. Gould who was and remains a resident of the State of Maryland.

4. Jurisdiction exists in this Court based upon complete diversity of citizenship under 28 U.S.C. § 1332(a).

5. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

6. Plaintiff filed the action in the Maryland state court on or about April 22, 2014.

7. The Summons and Complaint naming Freedom Restoration were served on counsel for Freedom Restoration and accepted on behalf of Freedom Restoration on May 9, 2014.

8. Freedom Restoration hereby removes the action filed in the Circuit Court for Montgomery County, Maryland and submits this Notice, with attachments, in accordance with 28 U.S.C. § 1446.

9. This Notice is being filed within 30 days after service of the summons and the initial pleading filed by the Plaintiff and is timely filed under 28 U.S.C. § 1446(b).

10. Freedom Restoration hereby certifies, in accordance with 28 U.S.C. § 1446(d), that written notice of the filing of this Notice of Removal will be served promptly on all adverse parties and, together with a copy of this Notice of Removal and supporting papers, will be filed with the Clerk of the Circuit Court for Montgomery County, Maryland.

**WHEREFORE**, this Honorable Court has jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a) based on the diversity of citizenship between the Plaintiff and Freedom Restoration, and the amount in controversy exceeding $75,000, exclusive of interest and costs, and therefore, removal is appropriate pursuant to 28 U.S.C. § 1441(a).

Respectfully submitted,

GEORGE E. REEDE, JR.
gereede@nilesbarton.com
TRACY L. STEEDMAN
tlsteedman@nilesbarton.com
NILES, BARTON & WILMER, LLP
111 S. Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6300
(410) 783-6343
*Counsel for Defendant,*
*Freedom Restoration, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of June, 2014, a copy of the foregoing Notice of Removal to the United States District Court for the District of Maryland, along with attachments, was served via first class mail, postage prepaid, to:

> Stephen S. McCloskey
> Gregory S. Emrick
> Semmes, Bowen & Semmes
> 25 South Charles Street, Suite 1400
> Baltimore, MD 21201
> *Attorneys for Plaintiff*

Tracy L. Steedman

4830-0711-1451, v. 1